In the Matter of Partition and Sale of Lands late of Sarah Lippincott, of the County of Burlington, Deceased.

Upon partition and sale of land belonging to married women under the statute (*Rev. Laws* 599), the proceeds of the sale of such land will be ordered to be paid to the husband and wife.

---

The commissioners having made their report of sale, *L. H. Stockton* moved for an order for the distribution of the moneys arising from the sale, and shewed to the court that the real estate sold, had been devised by Sarah Lippincott to her daughter Elizabeth the wife of Joshua Darnel, and Hannah the wife of Richard French. The statute (*Rev. Laws* 599, *sec.* 5) directs that the moneys arising from every sale shall be ordered by the court, to be paid by the com-

missioners to the parties interested in the lands or real
estate sold, in proportion to their respective rights in the
same. Justice FORD was inclined to the opinion that the
court should direct the commissioners to place the money
at interest; to pay the interest to the husband during his
life and the principal to the wife if she survived him, and to
her heirs if she did not. But inasmuch as no provision of
this nature is made by the statute, the court, after examin-
ing an order made in the case of the estate of James Rich-
man by the ordinary [ *Williamson*] in July last, where he
directs a share to be paid to a feme covert, in which however
the husband who is a party interested seems to be overlooked,
ordered one-half the net amount of sale, after deducting the
costs and charges, &c., to be paid to Joshua Darnel and
Elizabeth his wife, and the other half to Richard French
and Hannah his wife.—FORD *dubitante.*